## UNITED STATES v. FRED GIESLER

**No. 5605.**—Invoice dated Cananea, Sonora, Mexico, June 4, 1940.
Certified June 5, 1940.
Entered at Naco, Ariz., July 16, 1940.
Entry No. 59–N.

(Amended Decision March 31, 1942)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
*Harper & Harper* (*Abraham Gottfried* of counsel) for the defendant.

DALLINGER, Judge: This appeal to reappraisement has been submitted for decision upon an oral stipulation of counsel for the parties hereto.

Accepting this stipulation as a statement of fact, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

*Consular Invoice No. 235*

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 hides weighing | 914 pounds at | 16½ | cents per pound. | | | |
| 4 kips " | 58 " | " 19 | " " " | | | |
| 471 cow hides " | 18,724 " | " 9½ | " " " | | | |
| 4 bull hides " | 257 " | " 6½ | " " " | | | |
| 73 hides " | 2,891 " | " 6. 33 | " " " | | | |

Total_____$2, 140. 31
Less a deduction of_____ 465. 23

$1, 675. 08
Less United States duties __ 107. 25

Net export value_____$1, 567. 83 f. o. b. Cananea.

*Consular Invoice No. 243*

| | | | | | | |
|---|---|---|---|---|---|---|
| 90 bundles of #1 kips weighing | | 2,339 pounds at 16½ cents per pound. | | | | |
| 12 " " #2 " " | | 299 " " 12 " " " | | | | |
| 10 " " #1 " " | | 112 " " 18 " " " | | | | |
| 3 " " #2 " " | | 28 " " 13½ ' " " | | | | |
| 42 " " | | 1,651 " " 6½ " " " | | | | |
| 379 " " #1's " | | 15,261 " " 9 " " " | | | | |
| 1 other lot | | " $2.10 per total. | | | | |

| | |
|---|---|
| Total | $1,924.62 |
| Less a deduction of | 400.65 |
| | $1,523.97 |
| Less United States duties | 92.05 |
| Net export value | $1,431.92 f. o. b. Cananea |

Judgment will be rendered accordingly.